# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 09-01392-JVS (Ex) | Date February 10, 2011 |
| Title SUSANA RAMIREZ v. MEDIEVEL DINNER AND TOURNAMENT, INC., et al | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Sanctions for Failure to Submit Proposed Judgement

The Court, on its own motion and in light of the Notice of Acceptance of Offer of Judgment filed by Defendant on May 24, 2010, hereby vacates the PreTrial Conference and Trial dates in this matter.

The Court sets and Order to Show Cause hearing as to why sanctions should not be imposed for the parties failure to submit a form of judgment on February 28, 2011 at 11:00 a.m.   A written response to the Order to Show Cause may be filed not later than February 23, 2011.   As an alternative to a written response, the Court will consider the lodging of the proposed judgment an appropriate response to this Order to Show Cause, on or before the above date.

| | 0 : 0 |
|---|---|
| | Initials of Preparer   kjt |