JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SUSANA RAMIREZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDIEVAL DINNER AND TOURNAMENT, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 09-01392 JVS (Ex)<br><br>[PROPOSED] JUDGMENT |

On May 12, 2010, Defendant Medieval Times, U.S.A., Inc. served a Rule 68 Offer of Judgment in the amount of $30,015, plus reasonable attorneys' fees and costs. On May 24, 2010, Plaintiff filed her acceptance of the Rule 68 Offer of Judgment.

On June 24, 2010, the Clerk taxed costs in the amount of $393.50.

On January 26, 2011, the Clerk entered the Court's October 4, 2010 Order granting Plaintiff's Motion for Attorney's Fees in favor of Plaintiff's Counsel of Record, RASTEGAR & MATERN, ATTORNEYS AT LAW, A PROFESSIONAL

///

1

**JUDGMENT**

CORPORATION, in the amount of $38,343.75 against Defendant Medieval Times, U.S.A.

Therefore, JUDGMENT is entered against Defendant Medieval Times, Inc. for $30,015.00, plus costs of $393.50, and attorney's fees in the amount $38,343.75. The Court is advised that all such amounts have been paid.

Dated: February 25, 2011.

THE HON. JAMES V. SELNA
DISTRICT COURT JUDGE

Approved as to form:

Dated: February 10, 2011

RASTEGAR & MATERN,
ATTORNEYS AT LAW, APC

By: /s/ Thomas S. Campbell
THOMAS S. CAMPBELL,
Attorneys for Plaintiff
SUSANA RAMIREZ

Dated: February 10, 2011

RUTAN & TUCKER LLP

By: /s/ James L. Morris
JAMES L. MORRIS,
Attorneys for Defendant
MEDIEVAL TIMES, U.S.A., INC.

**JUDGMENT**